In the Matter of the Claim of BENJAMIN HODDER, Respondent, against FLEISHER ENGINEERING Co., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted January 26, 1938; decided March 8, 1938.

638

*Clarence B. Tippett* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.